**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

John Doe, Respondent,

v.

Joseph Andrew Hutto, Jane Doe, and Baby Doe, a minor under the age of fourteen (14) years, Defendants,

Of whom Joseph Andrew Hutto is the Appellant.

Appellate Case No. 2021-001178

———————

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-418
Submitted November 18, 2022 – Filed November 21, 2022

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Paul C. MacPhail, of MacPhail Law Firm, LLC, of Spartanburg, for Respondent.

Megan Goodwin Burke, of Greenville, as Guardian ad Litem.

———————

**PER CURIAM:** Joseph Andrew Hutto appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hutto's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.